UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 2:22-00012 |
| v. | ) |
| | ) 18 U.S.C. § 242 |
| | ) |
| BRANDON YOUNG | ) |

# INFORMATION

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

On or about April 3, 2020, at or near Sparta, Tennessee, and in the Middle District of Tennessee, the defendant, **BRANDON YOUNG**, while acting under color of law as a deputy with the White County Sheriff's Office, unreasonably used his department-issued canine to physically assault arrestee T.Q., a person known to the United States, thereby willfully depriving her of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer.

In violation of Title 18, United States Code, Section 242.

MARK H. WILDASIN
UNITED STATES ATTORNEY

*/s/ Kathryn Risinger*

KATHRYN D. RISINGER
AMANDA J. KLOPF
ASSISTANT UNITED STATES ATTORNEYS

*/s/ Kathryn E. Gilbert*

KATHRYN E. GILBERT
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION